89 A.3d 582

IN THE MATTER OF PETER R. CELLINO, AN ATTORNEY AT LAW (ATTORNEY NO. 044312004).

May 16, 2014.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–259, concluding on the record certified to the

Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **PETER R. CELLINO** of **FARMINGTON, CONNECTICUT,** who was admitted to the bar of this State in 2005, should be censured for violating *RPC* 5.5(a)(1) (unauthorized practice of law), and good cause appearing;

It is ORDERED that **PETER R. CELLINO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.